**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02639-PAB-BNB

LINDA ORRICK,

       Plaintiff,

v.

SUNRISE CREDIT SERVICES, INC., a New York corporation,

       Defendant.

---

## NOTICE OF SETTLEMENT

---

COMES NOW the Plaintiff by and through her counsel of record and for his Notice of Settlement, hereby states:

1. The Plaintiff and the Defendant have reached a settlement.

2. The settlement document has been executed by the parties.

3. The Plaintiff will be filing a Notice of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the Plaintiff has received the settlement funds. The parties expect this to happen by November 24, 2010.

Dated: November 17, 2010.

Respectfully Submitted,

s/ David M. Larson

_____
David M. Larson, Esq.
405 S. Cascade Avenue, Suite 305
Colorado Springs, Colorado 80903
Telephone: (719) 473-0006
Attorney for the Plaintiff